MICHAEL K. MEHR
Attorney at Law, SB#71925
100 Doyle St., Ste. A
Santa Cruz, CA 95062
Tel: 831/425-5757
Fax: 831/425-0515

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                              Chapter 13

THEODORE V. SPALINGER,                              Case no. 14-54357ASW

                                                    Declaration

　　　　　Debtor.
_____/

I, THEODORE V. SPALINGER, declare:

　　　1. That I am the debtor in the within case.

　　　2. That I filed by my 2010 and 2011 income tax returns with the Internal Revenue Service and the Franchise Tax Board.

　　　I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on April _15_, 2015, at Santa Cruz, California.

　　　　　　　　　　　　　　　　　　/s/Theodore V. Spalinger